UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2016 DEC 20  PM 3: 48

S.D. OF N.Y.

HENRY Picault

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

World Business Lenders

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission.*

_____    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name           HENRY Picault
               Street Address  83-57 118 St .
               County, City    Kew Gardens, N.Y  11415   Queens
               State & Zip Code  New York, 11415
               Telephone Number  347 - 737 - 0555

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant      Name           World Business Lenders
               Street Address  120 West 45th Street
               County, City    New York, Manhattan
               State & Zip Code  New York  10029
               Telephone Number  212 - 220 - 3984

C.    The address at which I sought employment or was employed by the defendant(s) is:

               Employer _____
               Street Address _____
               County, City _____
               State & Zip Code _____
               Telephone Number _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

               _____     Failure to hire me.

               ___X_____      Termination of my employment.

               _____     Failure to promote me.

               _____     Failure to accommodate my disability.

               ___X_____      Unequal terms and conditions of my employment.

*Rev. 05/2010*                        2

_____ Retaliation.

_____ Other acts (specify): Iterminated on Spotfor making an 150        (independant sale organiza

I was single out from rest of Sales team

Note:    Only those grounds raised in the charge filed with the Equal Employment Opportunity
Commission can be considered by the federal district court under the federal employment
discrimination statutes.

B.    It is my best recollection that the alleged discriminatory acts occurred on: 9/17/2015 .
                                                                                    Date(s)

C.    I believe that defendant(s) (check one):

_____ is still committing these acts against me.

_____ is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (check only those that apply and explain):

☐    race _____          ☐    color _____

☐    gender/sex _____    ☐    religion _____

☑    national origin Heitian Decent

☐    age.    My date of birth is _____    (Give your date of birth only
            if you are asserting a claim of age discrimination.)

☐    disability or perceived disability, _____ (specify)

E.    The facts of my case are as follow (attach additional sheets as necessary):

I was single out by my supervisor Kurtis Miller
ar issued an email after the whole sale team was
warn about making 100 phone calls daily he issued that
email to General Manager of Eastern Region
Kunal Bachin, When all were all Sales team were warned
from General Manager. E E O.C. attached paperwork
with more info.

Note:    As additional support for the facts of your claim, you may attach to this complaint a copy of
your charge filed with the Equal Employment Opportunity Commission, the New York State
Division of Human Rights or the New York City Commission on Human Rights.

## III.    Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or
my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct
on: 9-29-2015 (Date).

B.    The Equal Employment Opportunity Commission *(check one)*:

_____    has not issued a Notice of Right to Sue letter.

_____    issued a Notice of Right to Sue letter, which I received on 2/25/15 *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.    Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____    60 days or more have elapsed.

_____    less than 60 days have elapsed.

## IV.    Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: ___1 Million 100 thousand 22 dollars 0 cent___,

_____

_____

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 16 day of December , 2016.

Signature of Plaintiff _____

Address    83-57 118 St.
           Kew Gardens, N.Y. 11415
           _____
           _____

Telephone Number    347-737-0555

Fax Number *(if you have one)* _____



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5ᵗʰ Floor
New York, NY 10004-2112
District Office: 212-336-3620
TTY: 212-336-3620

Henry Picault
33 Fairway Drive
Hempstead, NY 11550

Re:    Charge No. 520-2015-03731
       Henry Picault v. World Business Lenders

Dear Mr. Picault:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon the information and evidence you submitted. Based upon this evaluation, we can not conclude that you were subjected to an adverse employment action motivated by discriminatory animus as defined by Commission guidelines and federal law. Therefore, the charge will be dismissed.

Attached is the Dismissal and Notice of Rights. If you wish to pursue this matter further in federal court, your lawsuit must be filed within 90 days of your receipt of the Notice.

Please contact Investigator White at (212) 336-3753 if you have any questions.

Sincerely,

For *Kevin Berry*                    2/25/2016
                                     _____
Kevin Berry                          Date
District Director

Enc.

cc:

Enclosure with EEOC
Form 161 (11/09)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office. If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than** **2 years (3 years)** before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
**before 7/1/10** -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Henry Picault**<br>**33 Fairway Drive**<br>**Hempstead, NY 11550** | From: **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

|  |  On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| **520-2015-03731** | **Rudolph White,**<br>**Investigator** | **(212) 336-3753** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  |  |
|---|---|
| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other *(briefly state)* |

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

**Kevin J. Berry,**
**District Director**

2/26/2016
*(Date Mailed)*

cc:     **Evelyn Cruz**
**Human Resources**
**WORLD BUSINESS LENDERS**
**120 West 45th Street, 29th Floor**
**New York, NY 10036**

520- 2015- 03731

*R W*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

RECEIVED

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages** if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

## 1. Personal Information

Last Name: __Ricault__     First Name: __HENRY__     MI: _____

Street or Mailing Address: __33 Fairway Dr.__     Apt or Unit #: _____

City: __Hempstead__     County: __Nassau__     State: __N.Y.__     Zip: __11550__

Phone Numbers: Home: (347) 727-0555     Work: ( ) __NO LONGER THERE__

Cell: (347) 727-0555     Email Address: __hvpicault@yahoo.com__

Date of Birth: __5/25/56__     Sex: ☒ Male ☐ Female     Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☐ White

☒ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __Haitian__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: __Gerda Sam__     Relationship: __Girl friend__

Address: __33 Fairway Dr.__  City: __Hempstead__  State: __N.Y__  Zip Code: __11550__

Home Phone: (516) 406-6269     Other Phone: ( ) _____

## 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here __ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __World Business Lenders__

Address: __120 W. 45 St.__     County: __USA__

City: __New York__     State __NY__ Zip: __10036__  Phone: (212) 293-8200

Type of Business: __Direct Lender__  Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Ms. Evelyn Cruz__     Phone: (212) 220-3984

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15     ☐ 15 – 100     ☒ 101 – 200     ☐ 201 – 500     ☐ More than 500

## 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: __4/18/15__     Job Title At Hire: __Senior Finance Coordinator__

Pay Rate When Hired: __8.75 hr.__     Last or Current Pay Rate: __$8.75 hr. on draw 2 weeks ago__

Job Title at Time of Alleged Discrimination: __Senior Finance Coord.__  Date Quit/Discharged? __9/28/15__

Name and Title of Immediate Supervisor: __Kurtis Miller__

1

**If Job Applicant, Date You Applied for Job** 3/7/15   **Job Title Applied For** Finance person

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☑ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved:  i. genetic testing  ii. family medical history  iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____

If you checked genetic information, how did the employer obtain the genetic information?_____

Other reason (basis) for discrimination (Explain): Retaliation

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 10/9/15   **Action:** Dario Rodriguez my supervisor, I was working on trying to close a client I was working with for 1 month. he took over the deal set it up without outline

**Name and Title of Person(s) Responsible:** Dario Rodriguez - Senior Finance Specialist, contin

**B. Date:** 10/10/15   **Action:** After the client did electronic Bank verification, he did not want to do. Dario try to kill the deal them rather me make the offer.

**Name and Title of Person(s) Responsible** Kurtis Miller - Senior Finance Specialist

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
Mr. Miller, he went under his supervision, he clearled harrassing after having a bad experience with Mr. Rodriquez. He never told me what Hto d

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**
All of labs had a meeting with the General Manager. All sales were suppose to make phone calls over 100 a day. Next Mr. Miller was inclining me out how rate me up herco

**8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Jonathan Baez - | has a long history of lateness not calling in not coming in Supassed sick-vacation day, | Finance, Hispanic, M, 21, | |
| B. Rober Perry - | shows up out of dress code - Mr. Miller covers for him constantly, Black, M, 35, | Finance - no show - disappears Final | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |

A. Brian Mc Grathy white Male 50, Senior Finance Coordinator

Fairly we all were learning he was the longer Heated very much

B. Elgius Romeo - Hispanic, M, 42. Senior Finance Coordinat

Treated Fairly - than he has different manager.

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |

A. Craig Hylton - BK M 55 Senior Finance Coordinate

Treated Fairly by Dr. Miller + covers for him everyway.

B. Habib Indian, Male, 28 Senior Finance Coordinator

Treated Fairly no problem. been there a long ti

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes  ☒ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes  ☒ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person) _____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

**13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. Rodney Holland  Evaluation  202-905-8802.  They stole his loan when he was in Finances then he was discriminated Force to leave Cc

B. Michelle Mayors  Title Search.  She's being discriminated everyday at WBL, she continually under pressure of losing her Job.

**14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes ☐ No**

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

_____

**16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes ☐ No**
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____

_____

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

**BOX 1** ___ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  **I also understand that I could lose my rights if I do not file a charge in time.**

**BOX 2** ___ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.**  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                         _____
**Signature**                                              **Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 USC § 2000e-5(b), 29 USC § 211, 29 USC § 626, 42 USC §12117(a), 42 USC §2000ff-6.

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.

5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office — INTAKE
### 33 Whitehall Street, 5th Floor
### New York, NY 10004

This agency enforces the laws against discrimination in employment based on <u>race, color, religion, national origin, age, sex, disability, or genetic information.</u>  The event you are complaining about must have occurred <u>within a maximum of 300 days</u> of the filing of a charge. Our jurisdiction covers public and private employers with <u>15 or more employees (20 or more employees for age complaints),</u> labor unions, and employment agencies located in New York State south of Albany.  If you work for the <u>Federal Government,</u> you must first contact your agency's Equal Employment Office in order to file a complaint.

To better serve your interest and avoid delays in processing your complaint, please answer the following questions:

**NAME:**  HENRY Ricault

**TEL. NO. WHERE WE CAN CONTACT YOU:**  347-737-0555

**A. What was the Latest or Most Recent Date of discrimination which you are alleging?**

9/28/15

**B. Does your employer have fewer than 15 employees (20 for age complaints)?**

Yes_____  No _X_  How many employees?  over 50 and beyond

**C. Have you filed a complaint with another agency (such as the New York State Division of Human Rights or the New York City Commission on Human Rights?**

Yes_____  No _X_

If Yes, Name of agency and date of filing:

_____

**D. Do you work for a Federal Government Agency (Such as the U.S. Postal Service?**

Yes_____  No _X_

**\*\*\*IF YOU ANSWERED YES TO ANY OF THE ABOVE QUESTIONS, PLEASE SEE THE RECEPTIONIST, AS THE EEOC MAY NOT HAVE JURISDICTION OVER YOUR CLAIMS**

**If you answered NO to the above questions,** please fill out the questionnaire and return it the receptionist, who will give you further instructions about our procedures.

<u>Plaintiff's Mediation Statement</u>
*Confidential and for settlement purposes only


Plaintiff Henry Picault worked at defendant corporation World Business Lenders from on or about April 18, 2015 to on or about September 28, 2015 as an Analyst- Senior Finance Coordinator. Mr. Picault worked between 45-48 hours per week and earned an hourly base pay amount of $8.75 per hour and a commission of 8% on deals that he closed. Mr. Picault is a black man of Haitian ancestry and brings this action under Title VII of the Civil Rights Act of 1964 for discriminatory terms and condition of employment, termination, and retaliation. Mr. Picault alleges that he was treated differently because of his race and/or national origin. The discriminatory acts that Mr. Picault alleges include:


- Managers/supervisors taking Independent Sales Orgs. ("ISO") deals that belonged to Mr. Picault and treating him worse than other employees (for example Ha Nguyen his first manager would deny him time off when he was sick and threatened to write him up)
- Kurtis Miller, supervisor, commented on Mr. Picault's Haitian origin and accused Mr. Picault of using "Haitian voodoo" against his prior two managers and stated that he wouldn't let Mr. Picault use his "Haitian voodoo" against him
- Holding Mr. Picault to a higher standard than others and/or holding him to the same standard but only enforcing it against Mr. Picault and not others who did not meet it (e.g. supervisor Kurtis Miller sent Mr. Picault an email on September 17, 2015 stating "Henry per our conversation today, it is understood that at least 100 call[sic] must be made per day. We have supplied the leads to do so and you agree to joining the rest of our team in obtaining this goal to increase your funding opportunity."
- Further, while managers held individual meetings with other similarly situated employees they refused to do so with Mr. Picault
- Other employees broke rules and did not get in trouble for it
- When Mr. Picault had the possibility of securing a lucrative ISO deal, his supervisor Kurtis Miller sabotaged him by terminating his employment

1.Lyanne Santana worked in Division of HR in employee compensation, they had offered differently

benefits like health insurance 401K and all..So they had ask who wanted it at time I was eligible..

So they said if you do not want it write to Ms. Santanna and let her know you do not want it. I did that;;

Then one day, I noticed $22 dollars was removed out of my pay check right about that time.. it said

something about 401K and I knew I did not enroll in That program.. Come to find out Ms. Santanna

enrolled me in That program without my approval with ADT. So I confronted them about it she was very

nasty towards me,So I ask her to remove me from the program she said she could not only I could

remove me cause it was my Identity. So I said I never gave you approval for this yet now your telling me

I'm the only one that can do it plus ADT said they would penalize me if I remove my self from the 401k

Program. If you want to talk about it further we can..


2.With Dario Rodriguez, he wanted to take a deal for himself.


3. Aaron Fossil saw me one night was with Azad Sifolis working the west Coast market in late July 2015.

At about 8pm Fossil came up to me and said what was I doing here at this time, he use to seat next to

me at one point he got his own office. We never hardly spoke he was not the nicest person. So I went

to Supevisor John O'connor and complaint to him about the encounter that Fossil with me, and John

went to Kunal Bhasin the North East Manager.


4.Plus I had forgotten my debt sheet kept asking accounting for it they never gave it to me.

5. On 9/29 I went to remove an email app they had put on my phone I had email Human resources.

Plus I wanted to get my dismissal letter. When I reached the lobby I was met with security Ramos

Telling me I could not go in the building was told by Occhinno  operations person. Not to be let in the

Building so Ramos called him and spoke to him by telephone.

Andy Occhino - Managing Director
212.293.8224
aocchino@WBL.com

September 29, 2015

Henry Picault
33 Fairway Drive
Hempstead, NY 11550

Dear Henry:

This is to confirm that your last day of employment with World Business Lenders was September 28, 2015. Also, this will confirm that, at the time of your termination, you were not participating in any World Business Lenders employee benefit programs.

Your final paycheck will be available on the next payroll date of Tuesday, October 6, 2015.

According to company policy, you are required to return all company equipment, including your employee identification card, upon termination. If you have not already done so, please make arrangements with your manager or the Human Resources department to return such equipment.

Please notify us of any address changes, in the event the company needs to send you additional information. If you have any questions, please contact Evelyn Cruz, HR Manager, at (212) 220-3984 or

Sincerely,

WORLD BUSINESS LENDERS, LLC

By:
Andy Occhino - Managing Director

## Henry Picault

| | |
|---|---|
| **From:** | Kurtis Miller |
| **Sent:** | Thursday, September 17, 2015 6:08 PM |
| **To:** | Henry Picault |
| **Cc:** | Kunal Bhasin |
| **Subject:** | 100 to 150 call per day |

*Henry per our conversation today , it is understood that at least 100 call must be made per day . We have supplied the leads to do so and you agree to joining the rest of our team in obtaining this  goal to increase your funding opurtunity.*



**World Business Lenders**
WE LEND. YOU GROW.

Andy Occhino – Managing Director
212.293.8224
aocchino@WBL.com

April 6, 2015

**VIA EMAIL**
Henry Picault
33 Fairway Dr.
Hempstead, NY 11550

Re: Employment Offer

Dear Henry,

It is with great pleasure that World Business Lenders ("Company") extends this conditional offer of employment to you. We anticipate that you will be a valuable asset to our team.

Your job title will be Analyst – Senior Finance Coordinator. Initially, you will report to Ha Nguyen – Analyst – Senior Finance Specialist. You understand that the Company reserves the right to modify your job title, duties, reporting line and responsibilities at any time in its sole discretion.

Your employment is anticipated to begin on April 8, 2015, and will be contingent upon the following:

1. Successful completion of a background check (see information attached as Schedule A);
2. Your presentation to the Company of acceptable work authorization and identity document(s) to complete the I-9 process as required by the Immigration Reform and Control Act (see attached Form I-9 – page 9); and
3. Your signature and return of this offer letter.

We anticipate that you will ordinarily work a 40 hour work week. Your supervisor will set your actual work schedule. The Company reserves the right to modify your schedule from time to time as necessary for business needs.

You will be paid a base salary of $8.75 per hour (annualized up to $18,200), which will be paid on a bi-weekly basis. As a non-exempt employee, you are entitled to overtime pay as provided by federal and state law. Generally, you will be paid one and one-half times your "hourly rate" or $13.13 per hour, for "hours worked" greater than 40 hours during your regularly scheduled work week. "Hours worked" does not include meal periods, paid time off or any other paid or unpaid leave. Also, you will be eligible to earn commission under the terms and conditions of a commission program as in effect from time to time (which program currently in effect is attached as Schedule B). Salary and any commission will be reduced by required withholdings and elected deductions. In addition, you will be eligible for benefits that are available generally to employees of the Company and commensurate with your position on terms and conditions (including cost sharing) in accordance with the terms of the applicable benefit plans as in effect from time to time.

You will be subject to all of the policies, rules and regulations applicable to employees of the Company, as they currently exist and subject to any future modifications in the Company's discretion, including, without limitation, maintaining as confidential any and all trade secret, confidential and/or proprietary information of the Company. The requirement that you maintain as confidential any and all trade secret, confidential and/or proprietary information of the Company shall extend beyond termination of your employment.

Neither this letter nor any other Company document or policy represents a contract of employment. Employment with the Company is considered "employment at will," which means that your employment can be terminated by you or the Company at any time, with or without cause or notice, and for any reason or no reason. At-will status may be modified only via a writing signed by the Company's Managing Member. The Company reserves the right to interpret, modify or terminate any policy, in whole or in part, with or without notice, at any time.

This letter summarizes the principal terms of our conditional employment offer. You agree that the terms set forth in this letter supersede and replace any previous offers, promises, representations or negotiations between us, and you acknowledge that you have not relied on any promises or representations other than those contained in this letter in deciding to accept our conditional offer of employment.

Lastly, you hereby represent and warrant that you are not bound by any agreement or understanding or any obligation of a contractual nature to any person, business or other entity that would prohibit you from, or conflict in any way with, accepting this conditional offer of employment or fulfilling your responsibilities to the Company as contemplated by this letter, or otherwise entering into an employment relationship with the Company.

We look forward to you joining and contributing to our team.

Please confirm your acceptance of this conditional offer by signing and dating below and return this letter to me via e-mail or facsimile along with a properly completed Background Check Disclosure and Authorization Form (pages 2 and 3 of Schedule A) and the attached Form I-9 (page 7).

Sincerely,

WORLD BUSINESS LENDERS, LLC

By: _____
Andy Occhino / Managing Director

Agreed and Accepted:

_____        _____
Henry Picault                  Date

Thank you Justin., It seems like we definitely have something there to work with.

1. Please Have clients fill out attached application in its entirety and Signed it.
2. Get 6 months most recent business bank Statements (all pages)
3. A Copy of their Driver's license
4. Fax or email all documents ASAP to me will all clients pre approve and and see the best offer in 24–48 hrs.

First 3 Attached is the paper work to signed the ISO Agreement once signed send copy of DL and Void Business Check.

I want to pre – Qualified all loans so we do not waist our time or the clients time, looking forward to working with you ,and being successful..
You have all my correspondences below if you need me..If you have any questions call me anytime, and if I don't know the answer, I will get it for you.
Once we do the first loan will be, it will be very easy for us to get the flow, Cause I will fight for every loan and work to get clearance from the underwriters.
Thanks..Henry

**From:** Justin Bartholomew (Direct Lending Partner) [mailto:Justin@DirectLendingPartner.com]
**Sent:** Monday, September 28, 2015 4:21 PM
**To:** Henry Picault
**Subject:** RE: FW: Direct Lender Looking For ISO charge up to 8 pts.

Henry,

Good afternoon, thank you for your information. Please find our programs below...Also can I submit this Oklahoma Deal to you...I saw you lend on gross income and a combination of all his businesses we are over 6 million per year....How do deals normally get submitted to you?


http://directlendingpartner.com/real-estate-loans/rehab-line-of-credit/
http://directlendingpartner.com/loan-programs/rehab-funding/
http://directlendingpartner.com/loan-programs/bridge-mezzanine-funding/
http://directlendingpartner.com/loan-programs/commission-advance/
http://directlendingpartner.com/loan-programs/joint-venture-funding/
http://directlendingpartner.com/loan-programs/fixed-rate-no-doc-non-owner-occupied-loan/


**Justin Bartholomew**
*Private & Asset Based Funding Specialist*
**Direct:** (484)891-1212
**Conference#:** (605)475-4000...604104#
**Website:** www.DirectLendingPartner.com
*454 S. Yonge Street, Ormond Beach FL, 32174*
*Serving Florida, Pennsylvania & New Jersey*

-------- Original Message --------
Subject: FW: Direct Lender Looking For ISO charge up to 8 pts.
From: Henry Picault <HPicault@WBL.COM>
Date: Mon, September 28, 2015 12:42 pm
To: "justin@directlendingpartner.com" <justin@directlendingpartner.com>
Cc: Henry Picault <HPicault@WBL.COM>


**From:** Henry Picault
**Sent:** Monday, September 28, 2015 3:02 PM
**To:** justin@directlendingpartners.com
**Cc:** Henry Picault
**Subject:** FW: Direct Lender Looking For ISO charge up to 8 pts.

Dear Justin, here's the info concerning turning an ISO..And the perimeters for us to make money together. The loan is based on the revenue Stream, but the assets as to support the revenue stream amount we do not care at what position..

**From:** Henry Picault
**Sent:** Friday, September 25, 2015 2:10 PM
**To:** Henry Picault
**Cc:** Henry Picault
**Subject:** Direct Lender Looking For ISO charge up to 10 pts.



Writing you to see if you would like becoming an ISO.  World Business Lenders is now paying ISO's up to 8 points and lending up

to 75% CLTV on real estate based deals!

Attached is WBL's ISO agreement and break down of our three products.  Keep in mind that collateral is REQUIRED for all ISO deals.
-----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------
World Business Lenders is able to provide affordable pricing for merchants within our ''niche'' of the alternative lending market.  As  you may or may not know, we are able to provide larger loan amounts at reduced rates because of our collateral program which we  incorporate into any one of our three loan products.  I have provided a brief summary of the three loan products below.

As mentioned, our ISO agreement allows you to charge up **to 10 pts** on our buy rates (Attached is our Summer Pricing PDF files ).  Please pay special attention to the

second page which outlines the guidelines that will dictate whether a merchant qualifies for gold, silver or bronze pricing.

World Business Lenders has NO RESTRICTED INDUSTRIES when it comes to collateral based deals!  We are also willing to "stack" behind other lenders only when the business can show the ability to pay and is willing to 100% collateralize the loan.  Our entire application and underwriting process is completely free of charge and I'm able to provide you with offers based on minimal documentation.  Please see the type of assets we typically look for below.

OUR THREE LOAN PRODUCTS

Standard Product
- Fixed daily or weekly payment on principal and interest (Monday-Friday, No Weekends, No Holidays)
- 5-18 month term
- WBL will take 2nd, 3rds and 4ths on mortgages IF the equity is available.
- Up to 75% CLTV on real estate based deals.
- Ability to lend up to 150% of gross monthly revenue

The Standard Product underwriting requirements are as follows:
- 6 months of business bank statements
- 1 page application (Attached)
- Asset list (ATTACHED)
- Mortgage Statement or Deed (If real estate based)

Premier Product
- We are able to lend between$100,000-$2,000,000
- 1-3 year term
- Weekly or monthly payment
- 12%-20% Annually
- Minimum 700 FICO score requirement
- Minimum 100k in monthly deposits
- Minimum 3 years in business

The PREMIER PRODUCT underwriting guidelines that are required are as follows:
- 12 months of business bank statements
- Asset list (If applicable, ATTACHED)
- Mortgage Statement or Deed (If real estate based)
- Completed 1 page application (Attached)
- 2012 and 2013 business tax returns
- Current mortgage statement on any property to be considered (If you have any sort of valuation, please provide that as well)
- P&L and balance sheet for 2014 and Year to Date P&L and balance sheet for 2015

Business Line of Credit
- Loan amounts: $50,000-$750,000
- Secured by Real Estate and Real Estate ONLY
- 65%-75% CLTV (Depending on type of property)
- INTEREST ONLY daily payment (Mon-Fri, No Weekends, No Holidays) This allows us to lend up to 300% of their gross monthly revenue!
- Two Year Term
- No prepayment penalty

.................If interested in becoming an ISO call or email me I will forward all the necessary papers needed to sign you up...............

Thank you,
Henry Picault
Senior Finance Coordinator
Main: 212-293-8200
Direct: 212-220-2807
Cell: 347-737-0555
Fax: 646-417-7465
Email: hpicault@wbl.com

## World Business Lenders. LLC

120 W. 45th St 5th Floor
NY, NY 10036
www.wbl.com

The information in this e-mail (including any attachments) may be confidential or

privileged and is intended solely for the addressee(s). If you are not the

designated recipient, please do not review, disseminate, distribute or copy this

email, because to do so is strictly prohibited. Rather, please immediately reply

to the sender that you have received the email in error and, then, delete it (and

any copies) from your system. Your cooperation is appreciated.



wbl.com          Search Mail   Search Web   Henry   Account Info ▼  Go   Sign Out   Home

Inbox | Contacts | Notepad | Calendar                    Switch to the newest Yahoo Mail

Compose          Delete  Reply  Reply All  Forward    Actions        ▼   Apply    Back to Search Results

**Inbox (88040)**

**Drafts (466)**          **Fw: RE: Termination**                  Wednesday, December 9, 2015 6:32 AM

**Sent**                    From:  "henry picault" <hupicault@yahoo.com>

**Spam (225)**    [Empty]    To:  ecruz@wbl.com

**Trash**         [Empty]    Cc:  hupicault@yahoo.com

                                                            Full Headers  Printable View
**My Folders**     [Edit]

Archive

Business files          Dear Ms. Cruz,
                        Since Sept 29, since this email thread started, I have yet to receive my commission statements,
hpicault                the last email received from Vishal he specifically ask me which period I needed I stated the period.
                        Still I have not received anything from You, WBL or Vishal something
KAB Group               Ive been asking for since Sept 29,2015.As the directive letter stated from Mr Occhino if there's
                        anything I need please contact HR Ms.Cruz. I think what I asking for you the only one who can
lina                    provide it to me or either your
                        Just don't care to give it to me,please let me know which one cause obviously your must think I have
**MotorQueen (5)**      nothing better to do with my time,from something I should have received a long time ago..

Vision Group            Henry Picault
                        347-737-0555
Work from Home
                        --- On Thu, 11/12/15, henry picault <hupicault@yahoo.com> wrote:

                        > From: henry picault <hupicault@yahoo.com>
                        > Subject: RE: Termination
                        > To: "Evelyn Cruz" <ECruz@wbl.com>, "Vishal Keswani" <VKeswani@WBL.COM>
                        > Cc: hupicault@yahoo.com
                        > Date: Thursday, November 12, 2015, 6:01 PM
                        > Dear Vishal,
                        >
                        > I only need the commision statements that reflect when the
                        > compensation plan changed from a salaried worker to A draw
                        > vs Commission pay, your record should reflect
                        > That since somtime in August 2015..or so.
                        >
                        > Thanks,
                        > Henry Picault.
                        >
                        >
                        > _____
                        > On Thu, 11/12/15, Vishal Keswani <VKeswani@WBL.COM>
                        > wrote:
                        >
                        > Subject: RE: Termination
                        > To: "henry picault" <hupicault@yahoo.com>,
                        > "Evelyn Cruz" <ECruz@wbl.com>
                        > Date: Thursday, November 12, 2015, 4:14 PM
                        >
                        > Henry,
                        >
                        > To confirm, which pay periods
                        > are you missing statements for?
                        >
                        > Vishal
                        >
                        > Vishal
                        > Keswani
                        > Vice President
                        >
                        > World Business Lenders
                        > 120 W.
                        > 45th St.
                        > 29th Floor
                        > NY, NY
                        > 10036
                        >
                        > Direct: (212)
                        > 220-3895
                        > Fax: (646) 224-8936
                        > Email: vkeswani@wbl.com
                        >
                        > www.wbl.com
                        >
                        >
                        >
                        >
                        >

> ——Original
> Message——
> From: henry picault [mailto:hupicault@yahoo.com]
>
> Sent: Thursday, November 12, 2015 3:04
> PM
> To: henry picault; Evelyn Cruz
> Cc: Vishal Keswani
> Subject: RE:
> Termination
>
> Dear
> Ms.Cruz,
>
> I have yet to
> receive my commission statements, as I've ask you for
> them since late September 2015.
> Still have
> not received them.As you stated I would Be receiving them,
> that's the last Item I've been waiting For.
>
> Henry Picault..
> ——————————————
> On Fri, 10/30/15, Evelyn Cruz <ECruz@wbl.com>
> wrote:
>
>  Subject: RE:
> Termination
>  To: "henry picault"
> <hupicault@yahoo.com>
>  Cc: "Vishal Keswani" <VKeswani@WBL.COM>
>  Date: Friday, October 30, 2015, 1:27 PM
>
>  Hi Henry - please see
>  attached letter.
>
>  Vishal -
>  will forward to you
>  commission statement information.  Please understand that
>  no commission is owed to you.
>
>  Evelyn Cruz
>  HR
>  Manager
>
>  Direct:
>  212-220-3984
>
>  Fax:    646-619-4494
>  E-mail: ecruz@wbl.com
>
>  World Business Lenders
>  120 W 45th st 5th floor
>
>  New
>  York, NY 10036
>
>  www.wbl.com
>
>
>  ——Original
>  Message——
>  From: henry picault [mailto:hupicault@yahoo.com]
>
>  Sent: Friday, October 23,
>  2015 11:40 AM
>  To: Lyanne Santana; Evelyn
>  Cruz
>  Cc: hupicault@yahoo.com
>  Subject: Re: Termination
>
>
>  Dear Ms. Cruz,
>
>  I have not received the
>  termination letter still asvof yet, which you
>  stated on our  conversation with Ms. Santanna you'll
>  took care of,still  have not heard anything concerning my
>  last Commission  Statements. Its been since Sept.28, 2015
>  I've been  asking for these docs still I have not
>  received them.Please,  you can scan them and send it via
> e
>  mail them to me.
>   Everything else is been
>  answered just these 2  items are left for me 2 have.
>
>   Thank you,
>
>   Henry Picault

> 
> 
> 
> 
> ———————————
> On Fri, Oct
> 16, 2015 4:55 PM EDT Evelyn Cruz
> wrote:
> 
> >Hi Henry -
> Please see my response in red below:
> >
> >ADP 401(k) Plan
> Services mailed out a
>  Welcome letter to
> your home address on 6/2/2015.  Lyanne  Santana sent you
> three separate emails on 7/8/2015,
> 
> 8/12/2015 and 8/14/2015, where she indicated that you
> would  automatically enroll in the plan if you did not
> decline  enrollment via the 401(k) Plan website.
> >
> >Because you did
> not
>  decline enrollment via the 401(k)
> website, you auto enrolled  and contributed $22.00.  In
> order to withdraw your $22.00  and terminate the plan you
> must complete the attached  form.
> >
> >
> >Each individual is
> responsible for their  own contribution/plan, therefore,
> WBL cannot take action on  your behalf.  Please complete
> the form, sign it and forward  it to us for processing.
> This is the only way we can help  you.
> 
> >
> >Please feel
> free
> to reach out to the plan directly.
> >
> >•
>   Plan Number:
>         237597
> >•
>   Website:
> www.mykplan.com<http://www.mykplan.com> (to
> enroll/waive)
> >•
>   Voice Response System Telephone
> Number:
>  800-695-7526 -- you can
> enroll/waive via this number.
> >
> >As far as commissions
> are
> concerned, you did not earn any commission payable to
> you
> after termination.
> >
> >
> >Please call me or provide me with a number  where I
> can
> reach you to discuss further.
> >
> >——Original
> 
> Message——
> >From: henry picault
> [mailto:hupicault@yahoo.com]
> >Sent: Thursday, October 15, 2015 4:37
> PM
> >To: Lyanne Santana; Evelyn Cruz
> >Cc: Vishal Keswani; Kerrie-Ann Murray
> >Subject: RE: Termination
> >
> >
> >Dear
> Ms.Santana,
> >As I
> 
> stated before I never joined any
> >401
> k
> program I never signed oo on any
> >401k
> program. WBL just
> decided to enroll me in that program for
> >

> >whatever Reason or another. I am
> not
> feelingvout any paper under any
> >circumstances, just like I did not
> joined  your heakth insurance plan I  >signed off
> on
> that, the 401k is your doing the ADT Supervisor Stephanie
>
> >ID#
>
> >201145 said
> specifically to me fir you
> to call her to resolve this  matter so they can refund me
> what taken out of my pay  wrongfully..you handle it I
> will
> be cakling them, next week  to see what progress Is been
> made..
> >
> >Thank
> you
> >Henry
> Picault
> >
> >
>
> >
> >------------------------
> >On Thu, Oct 15, 2015 3:48 PM EDT Lyanne
> Santana wrote:
> >
>
> >>
> Henry, please see the email below
> that Evelyn sent you on  Tuesday. Any unused PTO
> (vacation,
> sick or personal days)  after termination of employment,
> voluntary or  involuntary.
> >>
> >>As far as commission, you are not
> owed  any commission for the upcoming pay date of
> 10/20/15.
> Therefore, you will only be paid
> for the hours you worked  for that pay period, which is 7
> hours.
> >>
> >>I
> have
> attached the 401(k) termination
> report. Please complete and  sign this form and send back
> to me. I will have it signed  and sent to the 401(k)
> Plan.
> You will be contacted by them  in the future to get your
> refund. You can call the number  below after 3 business
> days from me receiving the form to  confirm receipt.
> >>
> >>
> >>
> >>Hi Henry –
> you termination letter
> should had been sent
> to your address on file.  I am not in  the office today
> but will circle back with you tomorrow.
>
> >>
> >>Please review
> 401k information listed below: (please call)
> >>•      Plan Number:
>
>      237597
> >>•
>     Website: www.mykplan.com<http://www.mykplan.com> (to
> enroll/waive)
> >>•
>     Voice Response System Telephone
> Number:
> 800-695-7526 V
>
> >>
> >>As far as vacation, sick
> and personal  days are concerned, they are forfeited if
> not
> used prior to  an employee being terminated/resigned.
> >>
> >>I will
> check
> with Vishal/Kerrie-Ann if you have
> any commission coming to  you, if you do I will let you
> know and ensure you are  paid.
> >>

> >>In
> the meantime, call
> me at 212-220-3984 if you have any  questions.
> >>
> >>
> >>
> >>Lyanne
> Santana
> >>HR Coordinator
> >>Email:
> >>Lsantana@wbl.com<mailto:Lsantana@wbl.com><mailto:Lsantana@wbl.com<mailt
> >>o:Lsantana@wbl.com>
> >>Main: 212-293-8200
>
> >>Direct: 212-220-0170 x1170
>
> >>Fax: 646-417-7154
> >>
> >>www.wbl.com<http://www.wbl.com<http://www.wbl.com<http://www.wbl.com>
>
> >>
> >>World Business
> Lenders, LLC
> >>120 W.
> 45th St 29th
> Floor
>
> >>NY, NY 10036
> >>
> >>
> >>
> >>
> >>——Original
>
> Message——
> >>From: henry picault
> [mailto:hupicault@yahoo.com]
> >>Sent: Thursday, October 15, 2015
> 1:50  PM
> >>To: Evelyn Cruz
> >>Cc: Lyanne Santana; Vishal Keswani;
> Kerrie-Ann Murray
>
> >>Subject: RE:
> Termination
> >>
> >>
> >>
> >>Dear All
> parties involved,
> >>
>
> >>I spoke to 2
> ADT representative
> >>Amit ID# 277939
> he
> said I was still active in the ADT system and then spoke
> to Supv. Stephanie ID# 201145 she said I need to call
> Ms.Santanna To resolved my $22.00 refund ,please reserve
> that matter for me please..
> >>Dear
> Vishal, I want to know are you going to pay me
> for my 9  days, Ms. Cruz said she would address the
> matter.
> >>I need to know, because
> this was a
> catch 22 situation that was
> posed so I need to know are you  going to pay me before I
> make my next move.
> >>
> >>Thanks,
> >>Henry
> Picault
> >>
>
> >>
>
> >>————————
>
> >>On Tue, Oct 13, 2015 4:21 PM EDT Evelyn  Cruz
> wrote:
> >>
> >>Hi
> Henry – you termination letter
> should had
> been sent to your address on file.  I am not in  the
> office today but will circle back with you tomorrow.
> >>
> >>Please

> review
> 401k information listed below:
> (please call) >> >>·
>
>　Plan Number:　　　237597
>
> >>
> >>·
>
>　Website:
www.mykplan.com<http://www.mykplan.com<http://www.mykplan.com<http://www.mykplan.com<htt
p://www.mykplan.com<http://www.mykplan.com<http://www.mykplan.com<http://www.mykplan.com
> (to
>　enroll/waive)
> >>
> >>·　　Voice Response
>　System Telephone Number: 800-695-7526 V
> >> >>As far as  vacation, sick and personal
>　days are concerned, they are  forfeited if not used prior
>　to an employee being  terminated/resigned.
> >>
> >>I will check with
> Vishal/Kerrie-Ann if  you have any commission coming to
>　you, if you do I will let  you know and ensure you are
>　paid.
> >>
> >>In
>　the
>　meantime, call me at 212-220-3984 if
>　you have any  questions.
> >>
> >>
> >>From:
>　henry
>　picault [mailto:hupicault@yahoo.com]
> >>Sent: Tuesday, October 13, 2015
>　3:09
>　PM
> >>To: Evelyn
>　Cruz
> >>Cc: Henry Picault
> >>Subject: Fw: Termination
> >>
> >>Dear Ms.
>　Cruz,
> >>
> >>Base
>　on this email
>　thread conversation there are things which I
>
>　>>requested for I
>　still hve not
>　received, I had ask about 1.
>　My
>　>>termination letter, I still have
>　not
>　received it. 2. the 401k
>　>>information, that you'll gave me
> I
>　never ask for I need the company name and
>　Number.3. Wheter  your going to keep or pay me for my
>　sick
>　days and vacation  days,I need to know that.. 4.My 2 last
>　Commission  Statements. I not received any of these thing
>　from you which  was well stated in this email thread, I
>　hope to received  them ASAP. Or ill go ask for them in
>　the
>　dept. of Labor.
>　>>
>
>　>>Thank you,
>　>>Henry
>　Picault.
>　>>
>
>　>>
>　>>
>
>　>>On Thursday,
>　October 1, 2015 6:59
>　AM, henry picault
<hupicault@yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicaul
t@yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@yahoo.
com<mailto:hupicault@yahoo.com>
>　wrote:
>　>>
>　>>
>　>>
>　>>GM.Ms Cruz,

> >>Last I forgot do I have checks left at  Wbl and
> plus my 9 days of sick and vacation pay what happens  to
> them please when send the rest of my demands please
> explain that part to me,so I can have it for my records.
> >>I believe that should be all I was
> trying to know and get,all of that
> >>should have been explained during
> My
> dismissal, so we wouldn't have to be
> going back and  forth like this.
>
> >>
> >>Thanks,
>
> >>Henry
> Picault..
>
> >>
> >>
>
> >>——Forwarded
> message——
> >>From:
>
>>hupicault@yahoo.com<mailto:hupicault@yahoo.com><mailto:hupicault@yahoo<mailto:hupicault@
yahoo.com<mailto:hupicault@yahoo.com><mailto:hupicault@yahoo>.
> >>com<mailto:hupicault@yahoo.com>
> >>To:
> >>ecruz@wbl.com<mailto:ecruz@wbl.com><mailto:ecruz@wbl.com><mailto:ecruz@w
>
> >><mailto:ecruz@wbl.com><mailto:ecruz@wbl.com><mailto:ecruz@wbl.com><mailto
> >>:ecruz@w>
>
> >>bl.com>
> >>Cc:
>
>>hupicault@yahoo.com<mailto:hupicault@yahoo.com><mailto:hupicault@yahoo<mailto:hupicault@
yahoo.com<mailto:hupicault@yahoo.com><mailto:hupicault@yahoo>.
> >>com<mailto:hupicault@yahoo.com>
> >>Sent: Wed, Sep 30, 2015 10:18 AM
> EDT
> >>Subject: FW: Termination
> >>
> >>
> >>
> >>Dear Ms.
> Cruz,
> >>
> >>Hopefully this is the last email I
> will  write, and its because leaving on Monday being you
> came to  seat next to me kind of rush me to leave the
> premises. Which  cause me to forget certain things I was
> suppose to get.
> >>However I did come
> down yesterday only  to received a strong resistance from
> security telling me I  could not come in inside the
> building. Well Mr. Louis Ramos  was very nasty at first,
> until all of the personnel of  security that I came
> specifically for my phone problem  Kurtis Miller got me
> into.
> >>However I
>
> saw Lucas waiting I guess for me, he handled my phone
> problem.
> >>Then I spoke to the
> chief
> Administrator Mr. Donald Epstein who
> security put me on the  phone. He indicated to me you
> would
> be mailing the hard copy  letter to me..
>
> >>This is what I
> need.
> >>1.The termination letter.
> >>2.My last Commission Statement.
> >>Which I left at my desk.
> >>3.The 401k Company I never signed
> up
> for need their information and mine.
> >>I think that's pretty much it.
> >>You can email or send by mail, you
> >>Let me know..
>
> >>MR. Rodney Holland and I did speak..
> >>
> >>Thanks,
> >> Henry Picault
>
> >>

> >>
>
> >>
>
> >>
> >>——Forwarded
> message——
> >>From:
>
>>hupicault@yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@
yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@yahoo>.
> >>com<mailto:hupicault@yahoo.com>
> >>To:
> >>ecruz@wbl.com<mailto:ecruz@wbl.com<mailto:ecruz@wbl.com<mailto:ecruz@w
>
> >>:<mailto:ecruz@wbl.com<mailto:ecruz@wbl.com<mailto:ecruz@wbl.com<mailto
> >>:ecruz@w>
>
> >>bl.com>
> >>Cc:
>
>>hupicault@yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@yahoo<mailto:hupicault@
yahoo.com<mailto:hupicault@yahoo.com<mailto:hupicault@yahoo>.
> >>com<mailto:hupicault@yahoo.com>
> >>Sent: Tue, Sep 29, 2015 12:38 AM
> EDT
> >>Subject: Termination
> >>
> >>
> >>Ms. Cruz,
> >>
> >>I need a hard copy stating the
> reason
> >>For my
> termination, plus when
>  I left I taught I
> left something I saw  >>Bob and Kurtis in my
> computer, I guess  they must have been looking at my ISO
> information, I didnt  even leave the building yet,
> that's to show how all of  them are corrupt and jealous
>  I had find that ISO.I told him  about it than he moved on
>  me to probably to take it away  from me. Plus last
> Wednesday whenI took Wednesday off he had  IT put Wbl
> email
>  on my phone, my phone as been acting up  ever sense, I
> will
>  come down tomorrow to have IT remove what  they did to my
>  phone I do not need any email connected to me  from
> WBL.The
>  only thing I know I was compromised and  that's
> Ok.There's a old saying that says what goes  around
>  come around Please have the letter eeady for me when  I
>  come I will call you In the morning. I need my phone to
> go
>  back the way It was, plus the letter.
>
> >>
>  >>Thanks,
>
> >>Henry Picault
>  >>347 737
> 0555.
> >>
> >>
> >>
> >>
> >>
> >>
> >
> >
>
> >

Seal-It ™/MC
BRAND

USM P3
SDNY

Place
Postage Here
Apposer le postage ici

**UPS** UPS Next Day Air®
UPS Worldwide Express®

Shipping Document

WEIGHT

LETTER

EXPRESS (INT'L)
DOCUMENTS ONLY

SATURDAY DELIVERY

SHIPMENT FROM
UPS ACCOUNT NO.

REFERENCE NUMBER    37X5A9

Henry Picault    TELEPHONE 347 737 0555

8357 118 St #2K
Kew Gardens, NY 11415

DELIVERY TO

TELEPHONE 212 805-0136

US Dist Crt of NY  Pro Se Intake Unit
500 Pearl St, Rm 200
New York    NY 10007

010191120CS 6/14 RRD    United Parcel Service, Louisville, KY

J459 476 5523
J459 476 5523

**UPS Next Day Air®**    1

J459 476 5523

TRACKING NUMBER

DAY OF SHIPMENT  12 17 16

**Handle with Care | Prenez soin**    Seal-It ™/MC BRAND